**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


ROBERT GRADY
ADC #120236                                                                              PETITIONER


VS.                                          5:08CV00116 SWW/JTR


LARRY NORRIS, Director,
Arkansas Department of Correction                                     RESPONDENT


<u>**ORDER**</u>

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge J. Thomas Ray and the filed objections.   After carefully

considering these documents and making a *de novo* review of the record in this case, the Court

concludes that the Proposed Findings and Recommended Disposition should be, and hereby are,

approved and adopted in their entirety as this Court's findings in all respects.   Judgment will be

entered accordingly.

      IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus (docket entry

#1) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

      Dated this 18th day of May, 2010.


                                          <u>/s/Susan Webber Wright</u>
                                          UNITED STATES DISTRICT JUDGE